Nos. 270 and 428. PARKER *v.* ILLINOIS. ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ The motion to strike respondent's brief in No. 270 is denied. Certiorari granted. Petitioner *pro se.* *George F. Barrett,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent.

*Certiorari Denied.* (*See also Nos. 166 and 240, Misc., supra.*)

No. 447. KATZ *v.* UNITED STATES. ▮▮▮▮▮▮ Certiorari denied. *Edward N. Barnard* for petitioner. *Solicitor General Perlman, Assistant Attorney General Quinn* and *Robert S. Erdahl* for the United States. ▮▮

Nos. 455 and 456. COMMISSIONER OF INTERNAL REVENUE *v.* CALIFORNIA & HAWAIIAN SUGAR REFINING CORP. ▮▮▮▮▮▮ Certiorari denied. *Solicitor General Perlman* for petitioner. *Henry J. Richardson* for respondent.

